**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| BRANDON GRIFFITH, | ) | CAUSE NO. 1:22-cv-01236 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WALMART STORES EAST LP, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for defendant, Wal-Mart Stores East, LP, states:

1. On December 14, 2021, plaintiff filed his Complaint for Damages against defendant Wal-Mart Stores East, LP (incorrectly identified as Walmart Stores East, LP), in the Marion County Superior Court No. 3 of Indiana, under Cause No. 49D03-2112-CT-041373.

2. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas. Walmart, Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for Walmart, Inc. is Bentonville, Arkansas. No publicly traded entity owns more than 10% of the company. Thus, for purposes of diversity jurisdiction, Wal-Mart Stores East, LP is a citizen of Delaware and Arkansas.

3. Plaintiff is a citizen of the State of Indiana.

4. The matter in controversy exceeds $75,000.00, exclusive of interests and costs as Plaintiff alleges he suffered significant personal injury and restriction of his daily activities due to those injuries. In addition, this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; and, does not arise under 45 U.S.C. §§ 51-60. Therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

5. This Notice of Removal is being filed with this Court within 30 days after receipt of information, specifically plaintiff's discovery responses which included voluminous medical records and billing statements, revealing that Plaintiff suffered a fractured leg in the incident and his billed medical expenses are approximately $112,797.60. Hence, this case is now removal to this Court under 28 U.S.C. § 1446(b)(3).

6. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Marion County Superior Court No. 3 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant prays that the entire state court action, under Cause No. 49D03-2112-CT-041373, now pending in the Marion County Superior Court No. 3 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*Attorneys for Defendant Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

Service of the foregoing was made electronically this 21st day of June, 2022, addressed to:

Daniel Gore
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN  47404
dgore@kennunn.com
*Attorney for Plaintiff*

                                               */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0752540   4891-3380-2021v1